COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-05-140-CR

2-05-141-CR

2-05-142-CR

                                                 
 

JONATHAN DAVID SOSA               APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 213
TH
 DISTRICT
 COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Withdraw Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See
 
Tex. R. App. P. 42.2 (
a
),
 43.2(f). 

PER CURIAM

PANEL D: 
LIVINGSTON, DAUPHINOT, and HOLMAN
, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: September 15, 2005 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.